IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KENNETH ALLEN THOMAS, | ) |
| Plaintiff, | ) |
| vs | ) CIVIL ACTION NO. 98-BU-0688-S |
| OFFICER ROBERT E. LONG, | ) |
| Defendant. | ) |

## MEMORANDUM OPINION

The court has considered the entire file in this action, together with the Magistrate Judge's Report and Recommendation, including the findings of fact set out therein. Also, the court has read the transcript of the evidentiary hearing and has examined the exhibits admitted into evidence. The court has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the Magistrate Judge as the findings and conclusions of the court. In accord with the recommendation, judgment is due to be entered in favor of the defendant Robert E. Long and against the plaintiff Kenneth Allen Thomas. An appropriate order will be entered.

DONE, this 17th day of April, 2001.

H. DEAN BUTTRAM, JR.,
UNITED STATES DISTRICT JUDGE